1  BENJAMIN B. WAGNER
United States Attorney
2  DAVID A. PETERSEN
Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )  No. 2:12-mj-00162-CKD
                                      )
12              Plaintiff,            )  ORDER VACATING BENCH TRIAL AND
                                      )  SETTING CHANGE OF PLEA
13        v.                          )
                                      )  Date:     July 16, 2012
14  VENESSA RAYA,                     )  Time:     9:30 a.m.
                                      )  Judge:    Hon. Carolyn K. Delaney
15              Defendant.            )
                                      )
16  _____  )

17

18        It is hereby ordered that the bench trial set for July 16, 2012,

19  is vacated and a change of plea is set for July 19, 2012, at 9:30 a.m.

20        IT IS SO ORDERED.

21

22  Dated: July 9, 2012               /s/ Carolyn K. Delaney
                                      HON. CAROLYN K. DELANEY
23                                    United States Magistrate Judge

24

25

26

27

28