1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  VENESSA RAYA

7

8
                      IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,       ) No. 2:12-mj-00162-CKD
                                   )
13               Plaintiff,        )
                                   ) DEFENDANT'S WAIVER OF APPEARANCE.
14      v.                         )
   VENESSA RAYA,                   )
15                                 ) Date:  July 19, 2012
                 Defendant.        ) Time:  9:30 am
16                                 ) Judge: HON. CAROLYN K. DELANEY
                                   )
17 _____ )

18      Pursuant to Fed.R.Crim.P. 43, defendant, VENESSA RAYA, hereby
19 waives the right to be present in person in open court upon the hearing
20 of any motion or other proceeding in this case, including, but not
21 limited to, further arraignments, motions hearings, entries of plea and
22 status conferences.
23      Ms. Raya's husband is in the military and recently received orders
24 to report to a new duty station in Fort Knox, Kentucky.  As a result
25 Ms. Raya, her husband, and their 1 ½ month old son moved to Kentucky in
26 May and have been in the process of settling into their new home.  Ms.
27 Raya made the return trip to California in order to appear for the CVB
28 calendar on June 12th.  Having to make this trip again would put a great

1  burden on Ms. Raya who would have to secure travel expenses and
2  childcare for an infant. Therefore, Ms. Raya seeks to appear
3  telephonically for the change of plea and sentencing set for July 19th,
4  2012 at 9:30 am in this court.
5      Ms. Raya has had the opportunity to discuss her case, possible
6  defenses, and the application of the U.S. Sentencing Guidelines with
7  her attorney.
8      Ms. Raya hereby requests that her personal presence be waived, and
9  appearance be made telephonically. The defendant agrees that her
10 interest will be deemed represented at all times by the presence of her
11 attorney, the same as if the defendant were personally present.
12     The defendant further acknowledges that she has been informed of
13 her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
14 and authorizes her attorney to set times and dates under that Act
15 without her personal presence.
16     The original signed copy of this waiver is being preserved by the
17 attorney undersigned.
18 Dated: July 9, 2012

/s/Vanessa Raya
Venessa Raya
(Original retained by attorney)

21     I concur in Ms. Raya's decision to waive her presence at future
22 proceedings.
23 Dated:  July 9, 2012                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender

///
///

Waiver of Appearance/ 2:12-mj-00162-CKD
-2-

1
2  IT IS SO ORDERED.
3  Dated: July 17, 2012                /s/ Carolyn K. Delaney
4                                      CAROLYN K. DELANEY
                                       United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Waiver of Appearance/ 2:12-mj-00162-CKD
-3-